LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
  Mark A. Finkelstein (Bar No. 173851)
perry.viscounty@lw.com
mark.finkelstein@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
jennifer.barry@lw.com
600 West Broadway, Suite 1800
San Diego, California  92101-3375
Telephone:  (619) 236-1234
Facsimile:  (619) 696-7419

Attorneys for Plaintiff
JEFFERY ADAMS GOMEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY ADAMS GOMEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRONCHICK, an individual, and DOES 1 through 10, <br><br> Defendant. | CASE NO. **SACV09 -431 AG (RNBx)** <br><br> **COMPLAINT FOR:** <br><br> **(1) DECLARATION OF NON-INFRINGEMENT** <br><br> **(2) DEFAMATION** <br><br> **DEMAND FOR JURY TRIAL** |

For his Complaint against Defendant William Bronchick ("Defendant"), Plaintiff Jeffery Adams Gomez ("Plaintiff" or "Jeff") alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, of non-infringement of copyright under the Copyright Act, 17 U.S.C. § 101, *et seq.*, and alleging defamation under

California common law.  Pursuant to 28 U.S.C. § 1338(a), this Court has exclusive subject matter jurisdiction over the claim arising from the Copyright Act.  This Court has supplemental jurisdiction over Plaintiff's state law defamation claim pursuant to 28 U.S.C. § 1367(a), in that both of Plaintiff's claims arise out of a common nucleus of operative facts.

2.    This Court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.

3.    This Court has personal jurisdiction over Defendant because Defendant has sufficient minimum contacts in the State of California to satisfy California's long-arm statute and Constitutional due process requirements.

4.    Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1391(b)(2), as a substantial part of the events giving rise to the claims alleged below occurred in this judicial district.

## PARTIES

5.    Plaintiff Jeffery Adams Gomez is an individual who resides in Orange County, California.

6.    Defendant William Bronchick is an individual who resides in the State of Colorado.

7.    Jeff is ignorant of the true names of defendants Does 1 through 10, inclusive, and therefore sues those defendants by such fictitious names.  Jeff is informed and believes, and on that basis alleges, that defendants Does 1 through 10, inclusive, are responsible for the acts complained of herein.  When the true names of such fictitious defendants are ascertained, Jeff will seek leave of this Court to amend this Complaint to name those individuals or entities.

8.    Jeff is informed and believes, and on that basis alleges, that each of the defendants, including the Doe defendants, was the agent and employee of the remaining defendants and, at all times mentioned, acted within the course and

scope of such agency and employment.

## BACKGROUND FACTS

9.      Jeff began working in real estate investing in the early 1990s.  Due to the expertise he has gained, and the success he has achieved, Jeff now offers advice and training on real estate investing via seminars and video training over the Internet.

10.      Recently, Jeff ran a special limited-time-only giveaway promotion on his *foreclosureprofitssystem.com* website.  The promotion ran for nine days, starting on March 2, 2009.  In exchange for a visitor providing an email address and other contact information, Jeff offered a free download of one of his training videos, and the chance to win prizes in a raffle.  Visitors could also post questions and comments on the site.

11.      After four days of this promotion, Jeff added another free download of a different training video to increase visitor participation.  In addition to this new download, Jeff offered the option to also download a sample form land trust agreement, if the visitor provided his or her full contact information.  This optional free download of the agreement was available for the last five days of the promotion.

12.      On information and belief, Defendant is an attorney who offers legal advice on real estate investing through books and a website at *legalwiz.com*.  Defendant used to offer form legal agreements, including a land trust agreement, for free on his website, but stopped doing so at some point in the past.

13.      Shortly after Jeff's giveaway promotion ended, Defendant posted a comment on Jeff's website accusing Jeff of stealing Defendant's land trust agreement (the "Trust Agreement").  Defendant's accusation that Jeff stole the Trust Agreement is false.

14.      Defendant also sent Jeff an email, on or about March 20, 2009, about Jeff's giveaway of the Trust Agreement, and threatened Jeff with a lawsuit.

15.    Defendant then sent an email on March 23, 2009 accusing Jeff of giving away 50,000 copies of the Trust Agreement during the giveaway promotion, and claiming that Jeff owed Defendant between $1 and $25 million.

16.    Jeff was recently contacted by several business associates, who told Jeff that JT Foxx, another real estate investment trainer, said that Defendant was accusing Jeff of stealing Defendant's agreement.

## FIRST CLAIM FOR RELIEF

### (Declaratory Relief of Non-Infringement of Copyright)

17.    Plaintiff incorporates and realleges by this reference Paragraphs 1 through 16, inclusive, as though set forth in full herein.

18.    An actual and justiciable controversy has arisen and now exists between Jeff and Defendant, in that Defendant contends that Jeff has infringed Defendant's copyright in the Trust Agreement, while Jeff contends that Defendant has no protectable copyright, and so has not infringed any of Defendant's rights.

19.    Jeff desires a judicial determination of his rights and duties and a declaration as to the parties' rights and obligations with respect to to Defendant's copyright, if any.

20.    A judicial determination is necessary and appropriate at this time under the circumstances so that Jeff may ascertain his rights and duties with respect to the Trust Agreement.

## SECOND CLAIM FOR RELIEF

### (Defamation)

21.    Plaintiff incorporates and realleges by this reference Paragraphs 1 through 20, inclusive, as though set forth in full herein.

22.    Defendant published false and defamatory statements about Jeff, in writing on Jeff's website, and, on information and belief, orally to other investors, that Jeff stole Defendant's Trust Agreement.

23.    Defendant's statements were of a defamatory nature in that they

accused Jeff of a crime, and impugned Jeff's reputation as an honest and trustworthy businessman.

24.    Defendant published these statements by posting on Jeff's website, where Jeff's customers could see the posting, and, on information and belief, by speaking to JT Foxx and/or other business associates.

25.    Defendant's false and defamatory statements were unprivileged.

26.    Defendant's false and defamatory statements were defamatory on their face and are defamatory per se.

27.    As a proximate result of Defendant's defamatory statements, Jeff has suffered loss of reputation, shame, and mortification, all to his general damage.

28.    As a further proximate result of Defendant's defamatory statements, Jeff has suffered special damages, including injury to Jeff's property and business, in an amount, on information and belief, that exceeds the jurisdictional limits of this Court.

29.    In perpetrating the wrongful conduct alleged herein, Defendant acted with malice, fraud and oppression, thereby justifying an award of punitive damages against him.

### PRAYER FOR RELIEF

WHEREFORE, Jeff prays for relief as follows:

A.    For an order declaring that Defendant has no protectable copyright in the Trust Agreement.

B.    For an order declaring that Jeff has not infringed any of Defendant's rights.

C.    For general, special, actual and/or punitive damages, in an amount to be fixed by the Court in accordance with proof at trial, but that exceeds the jurisdictional limit of this Court.

D.    For costs of suit, including reasonable attorneys' fees.

E.    For such other and further relief as the Court may deem just and

proper.

Dated: April 8, 2009

LATHAM & WATKINS LLP

By: _____
Jennifer L. Barry

Attorneys for Plaintiff
JEFFERY ADAMS GOMEZ

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as provided by Rule 38(a) of the Federal Rules of Civil Procedure and by the Local Rules of this Court.

Dated: April 8, 2009

LATHAM & WATKINS LLP

By: _____
Jennifer L. Barry

Attorneys for Plaintiff
JEFFERY ADAMS GOMEZ

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\675411.1

COMPLAINT; JURY TRIAL DEMAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV09- 431 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JEFFERY ADAMS GOMEZ, an individual, | ) |
| _Plaintiff_ | ) ) ) |
| v. | ) |
| WILLIAM BRONCHICK, an individual, AND DOES 1 THROUGH 10, | ) ) ) |
| _Defendant_ | ) |

Civil Action No. **SACV09 -431 AG (RNBx)**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

William Bronchick
Legalwiz Publications
2821 S. Parker Road, Suite 405
Aurora, CO  80014

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Latham & Watkins LLP
Jennifer L. Barry (Bar No. 228066)
600 West Broadway, Suite 1800
San Diego, CA  92101-3375
(619) 236-1234
jennifer.barry@lw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:     APR - 8 2009

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JEFFERY ADAMS GOMEZ, an individual

**DEFENDANTS**
WILLIAM BRONCHICK, an individual

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Jennifer L. Barry (Bar No. 228066)
Latham & Watkins LLP, 600 W. Broadway, Suite 1800, San Diego, CA 92101
(619) 236-1234, (619) 696-7419 fax, jennifer.barry@lw.com

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country ☐ 3 | | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No       ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Relief for Non-Infringement of Copyright and California State Law Defamation

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**SACV09 -431 AG (RNBx)**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)    List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)    List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Colorado |

(c)    List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Jennl L. Ba_____    Date April 8, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                                      **CIVIL COVER SHEET**                                      Page 2 of 2